UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
KENDRIA HAY-ANGLIN,

                Plaintiff(s)

        -against-

AHRC NEW YORK CITY FOUNDATION, et al.,
                Defendant(s).
--------------------------------------------------------------X

25 civ 7702 (JGK)

## ORDER

The conference scheduled for Tuesday, February 24, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 18, 2026