UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Kendria Hay-Anglin,

               Plaintiff,          25-cv-7702 (JGK)

      - against -           ORDER

AHRC New York City Foundation,
Inc., et al.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by March 11, 2026.

SO ORDERED.

Dated:    New York, New York
          February 24, 2026

                         John G. Koeltl
                United States District Judge