UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENDRIA HAY-ANGLIN,

Plaintiff,

- against -

AHRC NEW YORK CITY FOUNDATION, INC., ET ANO.,

Defendants.

25-cv-7702 (JGK)

Order

**John G. Koeltl, District Judge:**

On December 29, 2025, the Court referred this action to mediation. ECF No. 8. The parties should advise the Court regarding the status of this case by **July 27, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
July 20, 2026

John G. Koeltl
United States District Judge