UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENDRIA HAY-ANGLIN,

Plaintiff,

- against -

AHRC NEW YORK CITY FOUNDATION, INC. ET AL.,

Defendants.

25-cv-7702 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **December 7, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
November 23, 2026

John G. Koeltl
United States District Judge